# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00330-CV

**In re Phillip "Baby Shark" Scott**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a document, which we treat as a petition for writ of mandamus, complaining of the trial court's denial of his attempts to waive his right to counsel and represent himself in the underlying criminal proceeding. Having reviewed the petition and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a); *see also* *Osorio-Lopez v. State*, 663 S.W.3d 750, 757 (Tex. Crim. App. 2022) ("A defendant must be competent before he can knowingly and intelligently waive his right to counsel and represent himself.").

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Filed: May 24, 2024